UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BARTER HOUSE, INC., et al., <br><br>             Plaintiffs, <br>        -v- <br> INFINITY SPIRITS LLC, et al., <br><br>             Defendants. | 17 Civ. 9276 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

  The Court has reviewed the parties' submissions in advance of the final pretrial conference on December 2, 2019. Defendants have not submitted any pretrial documents, nor have they participated in the preparation of a joint pretrial order as required by the Court's Individual Rules. *See* Dkt. 309 at 1 n.1, 9 n.3. The joint pretrial order, motions *in limine*, proposed *voir dire* questions, and proposed jury charge were due on October 29, 2019. Dkt. 297. Any opposition to motions *in limine* was due on November 12, 2019. *Id.*

  The Court hereby orders defendants to submit their portion of the pretrial order, proposed *voir dire* questions, and proposed jury charges, as required by the Court's Individual Rules, by 5 p.m. tomorrow, Wednesday, November 27, 2019. Given the long-past deadlines, defendants are prohibited from submitting any affirmative motions *in limine*; defendants may, however, respond to plaintiffs' motion *in limine*. Defendants are advised that a failure to submit the required components of the joint pretrial order will result in adverse consequences, including a preclusion of presenting a defense case at trial.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 26, 2019
New York, New York