UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BARTER HOUSE, INC., et al.,<br><br>                                        Plaintiffs,<br>                -v-<br><br>INFINITY SPIRITS LLC, et al.,<br><br>                                        Defendants. | 17 Civ. 9276 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

       At yesterday's conference, the Court ordered the following:

       1.      Plaintiffs' motion *in limine* is granted for the reasons stated in the bench decision issued at the conference.

       2.      Defendants failed to make any pretrial submissions, as required by this Court's Individual Rules and multiple orders from both this Court and Judge Moses. *See* Dkts. 289, 296, 297, 301, 302. Further, defendants failed to appear at yesterday's conference. As a result, the Court held that defendants have forgone the opportunity to offer evidence in their case-in-chief at trial, and set the following briefing schedule for plaintiffs' motion for judgment as a matter of law and/or for a motion for a default judgment as to defendant EIG's counterclaims:

- Plaintiffs' motion is due January 10, 2020;
- Defendants' opposition is due January 24, 2020; and
- Plaintiffs' reply is due January 31, 2020.

       3.      Trial is to begin on April 27, 2020.

SO ORDERED.

                                                                                      _____
                                                                                       PAUL A. ENGELMAYER
                                                                                       United States District Judge

Dated: December 3, 2019
           New York, New York