UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BARTER HOUSE, INC., et al.,

                  Plaintiffs,

-v-

INFINITY SPIRITS LLC, et al.,

                  Defendants.

17 Civ. 9276 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiffs' request for an order directing a third-party distributor to return tequila to Barter House. Dkt. 316. If defendants have any objection to this request, they are to file a response, no longer than three pages, by December 27, 2019. A reply from plaintiffs is not authorized.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: December 19, 2019
       New York, New York