UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BARTER HOUSE, INC., et al., <br><br>                                                            Plaintiffs, <br><br>                           -v- <br><br> INFINITY SPIRITS LLC, et al., <br><br>                                                            Defendants. | 17 Civ. 9276 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

      The Court has reviewed plaintiffs' request for an order directing a third-party distributor to return tequila to Barter House, Dkt. 316, and has received no objections from defendants. The deadline for such objections passed on December 27, 2019. Dkt. 318. Plaintiffs are to file a proposed order by Monday, January 13, 2020.

      SO ORDERED.

                                                                             PAUL A. ENGELMAYER
                                                                             United States District Judge

Dated: January 8, 2020
          New York, New York