UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BARTER HOUSE, INC., et al.,

                              Plaintiffs,

-v-

INFINITY SPIRITS LLC, et al.,

                              Defendants.

17 Civ. 9276 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Trial in this case is currently set to begin on April 27, 2020. As a result of the need to sever a pending criminal case into multiple trials, the Court has had to schedule a criminal trial to start that same day. It is likely but not certain that that trial—which is expected to last between one and two weeks—will go forward. If the criminal trial does not go forward, trial in this case will begin on April 27, 2020, as presently scheduled. If the criminal trial does go forward, trial in this case will begin on the first Monday after the criminal trial ends. Counsel are therefore to remain available to try this case beginning April 27, 2020, and on each of the four weeks thereafter. The Court's law clerk will contact counsel with updates as to the status of the criminal trial.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 9, 2020
       New York, New York