UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BARTER HOUSE, INC., et al.,

                            Plaintiffs,                    17 Civ. 9276 (PAE)

            -v-
                                                          ORDER
INFINITY SPIRITS LLC, et al.,

                            Defendants.


PAUL A. ENGELMAYER, District Judge:

        The Court has received plaintiffs' request for an order directing a third-party distributor,

T. Elenteny Holdings, LLC (a/k/a Elenteny Imports) ("Elenteny"), to return tequila—including

"La Hora Azul – Blue Hour Tequila Anejo" and "La Hora Azul – Blue Hour Tequila

Reposado"— that is currently being warehoused by Elenteny.  *See* Dkts. 316, 321.  Although the

Court offered defendants an opportunity to submit objections, Dkt. 318, the Court received no

such objections.  The Court understands that Elenteny seeks direction as to who is the proper

owner of the tequila at issue.  The Court confirms that plaintiff The Barter House, Inc., owns the

tequila, and that such tequila may be released and returned to The Barter House, Inc., forthwith.

        SO ORDERED.

                                                    _____
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: January 28, 2020
        New York, New York