UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BARTER HOUSE, INC., et al.,

                             Plaintiffs,

                -v-

INFINITY SPIRITS LLC, et al.,

                             Defendants.

17 Civ. 9276 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 30, 2020, the Court ordered Hopkins to retain successor counsel for the corporate defendants and successor counsel to file a notice of appearance no later than February 14, 2020. Dkt. 331. No counsel has appeared. As stated in the January 30, 2020 Order, corporate defendants must be represented by counsel to proceed in this Court. *See Lattanzio v. COMTA*, 481 F.3d 137, 139–40 (2d Cir. 2007). As a result, plaintiffs' counsel are at liberty to move for a default judgment against the corporate defendants. In light of the approaching trial date, the Court encourages plaintiffs' counsel, in the event such an application is contemplated, to so file soon.

       SO ORDERED.

                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: February 28, 2020
       New York, New York