UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BARTER HOUSE, INC., and BRIAN DIMARCO,

                                        Plaintiffs,

                    -v-

INFINITY SPIRITS LCC, *a limited liability company*,
DON GOOD TEQUILA COMPANY, LLC, *a limited
liability company*, EUROPEAN INFINITY GROUP
INC., *a corporation*, and BRIAN HOPKINS, *an
individual*,

                                        Defendants.

---

17 Civ. 9276 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

        The Court has received an email submission from individual defendant Brian Hopkins

("Hopkins Declaration") responding to the ex parte declaration of Tom M. Fini, Esq., and

supporting submissions, *see* Dkts. 405–07.  The Court orders that the Hopkins Declaration be

docketed so as to be accessible to the defense only, and filed under seal.


        SO ORDERED.

                                        *Paul A. Engelmayer*
                                        _____
                                        Paul A. Engelmayer
                                        United States District Judge

Dated: September 14, 2020
        New York, New York