UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE BARTER HOUSE, INC., and BRIAN DIMARCO,<br><br>                              Plaintiffs,<br>              -v-<br><br>INFINITY SPIRITS LCC, *a limited liability company*, DON GOOD TEQUILA COMPANY, LLC, *a limited liability company*, EUROPEAN INFINITY GROUP INC., *a corporation*, and BRIAN HOPKINS, *an individual*,<br><br>                              Defendants. | 17 Civ. 9276 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

In light of Mr. Fini's withdrawal, the pretrial conference presently scheduled for October 6, 2020 at 10:30 a.m. is rescheduled to October 27, 2020 at 2:00 p.m.

SO ORDERED.

                                                                              _____
                                                                              Paul A. Engelmayer
                                                                              United States District Judge

Dated: September 29, 2020
           New York, New York

1