USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BARTER HOUSE, INC. and BRIAN DIMARCO,

               Plaintiffs,

    -against-

INFINITY SPIRITS LLC, EUROPEAN INFINITY GROUP INC., and BRIAN HOPKINS,

               Defendants.

17-CV-9276 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On April 14, 2020, Judge Engelmayer issued an Order (Dkt. No. 340) entering a default judgment against defendants Infinity Spirits LLC and European Infinity Group Inc. (the Defaulting Defendants), and a separate Order (Dkt. No. 341) referring this case to me to conduct an inquest and issue a report and recommendation concerning plaintiffs' damages with respect to the Defaulting Defendants. That same day, I issued a Scheduling Order to govern the inquest. (Dkt. No. 342.)

    Pursuant to the Scheduling Order, plaintiffs filed their Proposed Findings of Fact and Conclusions of Law on May 1, 2020 (Dkt. No. 352), and the Defaulting Defendants filed a response on June 11, 2020. (Dkt. No. 367.) On July 6, 2020, however, Judge Engelmayer vacated the default judgments. (Dkt. No. 378.)

    On September 29, 2020, after the Defaulting Defendants failed to timely secure successor counsel, Judge Engelmayer reinstated the default judgments (Dkt. No. 413) and issued an amended referral order, referring this case to me again for a damages inquest. (Dkt. No. 414.)

2

To the extent the parties wish to supplement their original submissions, they each may do so in the form of a letter-brief, no later than **October 19, 2020**. Each letter shall be no longer than four pages single-spaced.

Dated: New York, New York
       October 5, 2020

                                    **SO ORDERED**.

                                    _____
                                    **BARBARA MOSES**
                                    **United States Magistrate Judge**