UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BARTER HOUSE, INC., and BRIAN DIMARCO,

                      Plaintiffs,

      -v-

INFINITY SPIRITS LCC, *a limited liability company*, DON GOOD TEQUILA COMPANY, LLC, *a limited liability company*, EUROPEAN INFINITY GROUP INC., *a corporation*, and BRIAN HOPKINS, *an individual*,

                      Defendants.

17 Civ. 9276 (PAE) (BCM)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

    At today's conference, the Court issued a bench ruling resolving several of plaintiffs' and defendant's motions *in limine* pending at dockets 393 and 398. The Court reserved decision on the remaining motions *in limine* and will resolve those motions, either by written decision or a later bench ruling, in due course.

    SO ORDERED.

                                             *Paul A. Engelmayer*
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: October 27, 2020
         New York, New York