UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BARTER HOUSE, INC., and BRIAN DIMARCO,

                             Plaintiffs,

        -v-

INFINITY SPIRITS LCC, *a limited liability company*, DON GOOD TEQUILA COMPANY, LLC, *a limited liability company*, EUROPEAN INFINITY GROUP INC., *a corporation*, and BRIAN HOPKINS, *an individual*,

                             Defendants.

17 Civ. 9276 (PAE) (BCM)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received correspondence from plaintiffs as to their availability for a jury trial in the second quarter of 2021, but has not received availability from defendant Brian Hopkins.  In the event that trial in this case does not go forward in March 2021 as presently provisionally scheduled, the Court, using the procedures in this District governing the scheduling of jury trials during the COVID-19 pandemic, will seek to schedule a jury trial in May 2021, beginning on May 10, 2021.  The Court expects to be notified of the specific trial date assigned to this case within several weeks.  It is possible, given the number of criminal cases waiting to be tried, that the case will be assigned a trial date as a backup behind one or more trials with higher priority.

       Counsel are responsible for assuring that they, and all trial witnesses, (1) are available to attend the trial in person on the dates set, and (2) will be in full compliance with all public-health

requirements governing travel to New York City and entry into this courthouse, including any requirements of advance quarantines.[1]

    SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 9, 2021
       New York, New York

---

[1] The Court understands that Mr. Hopkins, who is proceeding *pro se*, has not yet obtained ECF credentials.  The Court will email a copy of this order to Mr. Hopkins but directs him to forthwith obtain ECF credentials so that he will promptly receive updates related to trial scheduling.