UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BARTER HOUSE, INC., and BRIAN DIMARCO,

                            Plaintiffs,

           -v-

INFINITY SPIRITS LCC, *a limited liability company*, DON GOOD TEQUILA COMPANY, LLC, *a limited liability company*, EUROPEAN INFINITY GROUP INC., *a corporation*, and BRIAN HOPKINS, *an individual*,

                            Defendants.

17 Civ. 9276 (PAE) (BCM)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        The Court having been advised by the parties that all claims asserted herein have been settled in principle, today issued a 45-day order terminating this case. *See* Dkt. 443. As counsel are aware, prior to being informed of the settlement in principle, the Court had sought to schedule this case for a jury trial, including, if one could not be held during the first quarter of 2021, during the week of May 10, 2021. The Court will not withdraw its request for a jury trial during that week unless and until either the parties inform the Court that they have reached a final settlement or 45 days have expired since today's order without application to restore this case to the Court's active docket. Counsel and the parties are therefore directed to maintain their availability to try the case that week in case such should prove necessary.

        SO ORDERED.

                                              *Paul A. Engelmayer*
                                              _____
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: February 17, 2021
       New York, New York